UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA AND ELVIN LARA, INDIVIDUALLY AND AS PARENTS AND BEST FRIENDS OF BABY (BOY) JOSE ANGEL LARA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICIA GRABAUSKAS, C.N.M., OLGA CORDERO, R.N., EAST BOSTON NEIGHBORHOOD HEALTH CENTER, LAUREN E. HANLEY, M.D., ERIN E. TRACEY, M.D., AND RONALD E. IVERSON, M.D., <br><br> Defendants. | CIVIL ACTION No. <br><br> 05-11043-RGS |

**CERTIFICATION OF UNITED STATES ATTORNEY**

Pursuant to 28 U.S.C. § 2679(d)(1) and (2), and by the authority vested in me by 29 C.F.R. § 15.3, I hereby certify that on the basis of the information now available with respect to the incident referred to in the Complaint filed in Superior Court of Massachusetts, Suffolk County No. 04-4802, the individually-named defendant, Olga Cordero, R.N., was acting within the scope of her employment as an employee of the United States at the time of the alleged incident. Also, the East Boston Neighborhood Health Center is a Federally supported Health Center pursuant to the Federally Supported Health Centers Assistance Act of 1992.

The Federally Supported Health Centers Assistance Act of 1992 (Pub. L. 102-501) provides coverage to federally supported health centers and its employees for acts or omissions which

occurred on or after January 13, 1995, or when the health center was deemed eligible for coverage, whichever was later. The East Boston Neighborhood Health Center was deemed eligible for Federal Tort Claims Act coverage on June 23, 1996. Accordingly, the East Boston Neighborhood Health Center and its employees are deemed to be federal employees acting within the scope of their employment for acts and omissions that occurred after that date. In this case, the Complaint alleges wrongful acts which took place from November 13, 2002 through May 28, 2003.

    Respectfully submitted:

/s/ Michael J. Sullivan

MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

May 18, 2005