```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ANNE MARIE LARA AND ELVIN LARA, )<br>INDIVIDUALLY AND AS PARENTS AND )<br>BEST FRIENDS OF BABY (BOY) JOSE )<br>ANGEL LARA, )<br>     ) <br>     Plaintiff,     ) <br>     ) <br>v.     ) <br>     ) <br>PATRICIA GRABAUSKAS, C.N.M.,     ) <br>OLGA CORDERO, R.N., EAST     ) <br>BOSTON NEIGHBORHOOD HEALTH CENTER, ) <br>LAUREN E. HANLEY, M.D.,     ) <br>ERIN E. TRACEY, M.D., AND     ) <br>RONALD E. IVERSON, M.D.,     ) <br>     ) <br>     Defendants.     ) <br>     ) | CIVIL ACTION<br>No. 05-11043-RGS |

**MOTION TO SUBSTITUTE THE
UNITED STATES AS PROPER PARTY DEFENDANT
FOR OLGA CORDERO, R.N., AND
<u>EAST BOSTON NEIGHBORHOOD HEALTH CENTER</u>**

Now comes the defendants, Olga Cordero, R.N. and East Boston Neighborhood Health Center, by and through their Attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to 28 U.S.C. § 2679(d), and move that they be dismissed as named defendants in this case and that this action be deemed an action against the United States.

In support of this motion, the defendants, Olga Cordero, R.N. and East Boston Neighborhood Health Center, incorporate the attached Memorandum, and state that at the time of the acts alleged in the Complaint, Olga Cordero, R.N., was a federal employee of the Department of Health and Human Services, and the East Boston Neighborhood Health Center was a Federally Supported Health Care Center.  Olga Cordero, R.N. was acting in the course

and scope of her employment pursuant to the Federally Supported Health Care Centers Assistance Act of 1992 (Pub. L. 102-501) and 42 U.S.C. § 233(a) at the time of the alleged incidents.  As such, any claim for negligence falls within the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) and 2671, <u>et</u> <u>seq</u>., and the **exclusive remedy** for the plaintiffs in this case is against the United States of America.  28 U.S.C. § 2679.

    WHEREFORE, based on the arguments and authorities submitted, the defendants, Olga Cordero, R.N. and East Boston Neighborhood Health Center, respectfully move this Court to substitute the United States for them as the proper party defendant.

                                          Respectfully submitted

                                          MICHAEL J. SULLIVAN
                                          UNITED STATES ATTORNEY

                                          <u>/s/Rayford A. Farquhar</u>
                                          Rayford A. Farquhar
                                          Assistant U.S. Attorney
                                          1 Courthouse Way
                                          Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3100

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss                                       Boston, Massachusetts
                                                July 13, 2005

    I hereby certify that a true copy of the above document was served upon all counsel of record including:

        Max Bortem, M.D., Esq.
        Gorovitz & Bortem, Esq.
        395 Totten Pond Road
        Suite 401
        Waltham, MA 02450

        Jennifer L. Boyd-Herlihy
        Adler Cohen Harvey Wakeman &

Guekguezian, LLP.
230 Congress Street, 10th Floor
Boston, MA 02110

/s/Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney