UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA AND ELVIN LARA, )<br>INDIVIDUALLY AND AS PARENTS AND )<br>BEST FRIENDS OF BABY (BOY) JOSE )<br>ANGEL LARA, )<br> )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PATRICIA GRABAUSKAS, C.N.M., )<br>OLGA CORDERO, R.N., EAST )<br>BOSTON NEIGHBORHOOD HEALTH CENTER, )<br>LAUREN E. HANLEY, M.D., )<br>ERIN E. TRACEY, M.D., AND )<br>RONALD E. IVERSON, M.D., )<br> )<br>    Defendants. )<br> ) | CIVIL ACTION<br>No. 05-11043-RGS |

**MEMORANDUM IN SUPPORT OF THE MOTION
TO SUBSTITUTE THE UNITED STATES FOR OLGA CORDERO, R.N.
AND EAST BOSTON NEIGHBORHOOD HEALTH CENTER**

Now come the defendants, Olga Cordero, R.N. and East Boston

Neighborhood Health Center, by and through their Attorney Michael

J. Sullivan, United States Attorney for the District of

Massachusetts, pursuant to 28 U.S.C. § 2679(d), and move that

they be dismissed as named defendants in this case and that this

action be deemed an action against the United States.  In support

of this motion, the defendants, Olga Cordero, R.N. and East

Boston Neighborhood Health Center Doctors Douglas, state as

follows:

1.  Anne Marie Lara and Elvin Lara, Individually and as

Parents and Best Friends of Baby (Boy) Jose Angel Lara, (the

"plaintiffs") allege in the Complaint that Olga Cordero, R.N. and East Boston Neighborhood Health Center were negligent and careless in the care and treatment of the plaintiff, Anne Marie Lara and her baby Jose Angel Lara, during her pregnancy between November 2002 and May 2003.

2.   During the period of time alleged in this Complaint, Olga Cordero, R.N. was an employee of the East Boston Neighborhood Health Center, East Boston, Massachusetts.

3.   The Federally Supported Health Centers Assistance Act of 1992 (Pub. L. 102-501) provides coverage to federally supported Health Centers and their employees for acts or omissions which occurred on or after January 1, 1993, or when the health center is deemed eligible for coverage, whichever is later.  42 U.S.C. § 233(a).  Thus, all actions for negligence of employees of health centers covered under the act must be brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) and 2671, et seq.

4.   The East Boston Neighborghood Health Center was deemed eligible for coverage under the Health Centers Act on June 23, 1996 (See Exhibit "A").  This coverage continues to the present. (See Exhibits "B").  Accordingly, Olga Cordero, R.N. was, at the time of the acts alleged in this Complaint, a federal employee of the Department of Health and Human Services, Public Health Service, and was in the course and scope of her employment pursuant to the Federally Supported Health Care Centers

3

Assistance Act of 1992 (Pub. L. 102-501) and 42 U.S.C. § 233(a).

As such, any claim for negligence falls within the Federal Tort

Claims Act ("FCA"), 28 U.S.C. §§ 1346(b) and 2671, <u>et</u> <u>seq.</u>, and

the **exclusive remedy** for the plaintiffs in this case is against

the United States of America.  28 U.S.C. § 2679.  Therefore, the

United States, and not Olga Cordero, R.N. and East Boston

Neighborhood Health Center, is the only proper party defendant.

      5.   The United States Attorney has certified that Olga

Cordero, R.N. was in the course and scope of her employment with

the United States at the time of the act alleged in the

Complaint.  (<u>See</u> Exhibit "C", Certificate of United States

Attorney, which was filed on May 18, 2005).

      Wherefore, the defendants Olga Cordero, R.N. and East Boston

Neighborhood Health Center request that the Court substitute the

United States of America as the proper party defendant in this

case.

                              Respectfully submitted

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY


                              /s/Rayford A. Farquhar
                              Rayford A. Farquhar
                              Assistant U.S. Attorney
                              1 Courthouse Way
                              Suite 9200
                              Boston, MA 02210
                              (617) 748-3100

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss                                Boston, Massachusetts
                                           July 13, 2005


       I hereby certify that a true copy of the above document was
served upon all counsel of record including:

        Max Bortem, M.D., Esq.
        Gorovitz & Bortem, Esq.
        395 Totten Pond Road
        Suite 401
        Waltham, MA 02450

        Jennifer L. Boyd-Herlihy
        Adler Cohen Harvey Wakeman &
        Guekguezian, LLP.
        230 Congress Street, 10th Floor
        Boston, MA 02110


                                   <u>/s/Rayford A. Farquhar</u>
                                   Rayford A. Farquhar
                                   Assistant U.S. Attorney