UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA AND ELVIN LARA, )<br>INDIVIDUALLY AND AS PARENTS AND )<br>BEST FRIENDS OF BABY (BOY) JOSE )<br>ANGEL LARA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA GRABAUSKAS, C.N.M., )<br>OLGA CORDERO, R.N., EAST )<br>BOSTON NEIGHBORHOOD HEALTH CENTER, )<br>LAUREN E. HANLEY, M.D., )<br>ERIN E. TRACEY, M.D., AND )<br>RONALD E. IVERSON, M.D., )<br>)<br>    Defendants. ) | CIVIL ACTION<br>No. 05-11043-RGS |

**<u>ORDER</u>**

The Court having been apprised that the United States Attorney has certified that Olga Cordero, R.N. and was acting within the scope of their employment at the time of the incident giving rise to this suit, and that the East Boston Neighborhood Health Center was covered by 42 U.S.C. § 233 for acts and omissions at the time of the incident, and the Court having been appraised of the substitution of the United States as the defendant pursuant to 28 U.S.C. § 2679(d)(2), it is hereby

ORDERED that the claims set forth in the complaint are dismissed with respect to Olga Cordero, R.N. and East Boston Neighborhood Health Center, and

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States of America for Olga Cordero, R.N. and East Boston Neighborhood Health Center.

DATED:                                                    UNITED STATES DISTRICT JUDGE