# ADLER, COHEN, HARVEY,
# WAKEMAN & GUEKGUEZIAN

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
LAURA BERG SUSICH
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
JENNIFER A. NORTON
E. AMY TUCCI

*also admitted in RI

February 10, 2006

*Via Facsimile 781-890-9098*

Sidney Gorovitz, Esq.
GOROVITZ & BORTEN, P.C.
395 Totten Pond Road – Suite 401
Waltham, MA 02451

Re: Anne Marie Lara, et als vs. Patricia Grabauskas, C.N.M., et als
    Federal Court, CA# 05-11043-RGS

Dear Attorney Gorovitz:

Please be advised that I spoke with Clerk Robbins yesterday and she agreed with our suggestion that the 16.1 Hearing should be postponed until after we receive a Medical Malpractice Tribunal. When I requested a date for a Status Conference to deal with pending Motions, she advised that you should file the Assented to Motion to Substitute and you do not need a Hearing. After that Motion is allowed, I will file my Answer and Motion to Remand for a Tribunal.

Thank you for your prompt attention to this matter.

Very truly yours,

Jennifer Boyd Herlihy

JBH:dmm

cc: Rayford A. Farquhar, Esq. (via facsimile 617-748-3967)
    Clerk Mary Johnson Robbins

75 FEDERAL STREET BOSTON, MASSACHUSETTS 02110
TELEPHONE 617 423 6674 / TELEFAX 617 423 7152
E-MAIL ACHWG@ACHWG.COM / WEBSITE WWW.ACHWG.COM
