UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA and ELVIN LARA )<br>Individually and as Parents and Best Friends )<br>of BABY (boy) JOSE ANGEL LARA            )<br>                    Plaintiffs,            )<br>                                            )<br>V.                                          )<br>                                            )<br>PATRICIA GRABAUSKAS, C.N.M.,               )<br>OLGA CORDERO, R.N.,                        )<br>EAST BOSTON NEIGHBORHOOD                   )<br>HEALTH CENTER,                             )<br>LAUREN E. HANLEY, M.D.,                    )<br>ERIN E. TRACY, M.D., and                   )<br>RONALD E. IVERSON, M.D.                    )<br>                    Defendants.            )<br>_____) | Civil Action No. 05-11043-RGS |

To the Clerk of this Court and All Parties of Record:

    Please enter our appearance as counsel in this case for the defendant, Erin E. Tracy, M.D.

                                    The Defendant,
                                    Erin E. Tracy, M.D.
                                    By Her Attorneys,

                                    Ellen Epstein Cohen, BBO #543136
                                    Jennifer Boyd Herlihy, BBO # 636815
                                    Adler, Cohen, Harvey, Wakeman
                                     &amp; Guekguezian, LLP
                                    75 Federal Street, 10th Floor
                                    Boston, MA 02110
                                    (617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _2/10/06_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA and ELVIN LARA )<br>Individually and as Parents and Best Friends )<br>of BABY (boy) JOSE ANGEL LARA )<br>Plaintiffs, )<br>)<br>V. )<br>)<br>PATRICIA GRABAUSKAS, C.N.M., )<br>OLGA CORDERO, R.N., )<br>EAST BOSTON NEIGHBORHOOD )<br>HEALTH CENTER, )<br>LAUREN E. HANLEY, M.D., )<br>ERIN E. TRACY, M.D., and )<br>RONALD E. IVERSON, M.D. )<br>Defendants. )<br>_____) | Civil Action No. 05-11043-RGS |

To the Clerk of this Court and All Parties of Record:

Please enter our appearance as counsel in this case for the defendant, Lauren E. Hanley, M.D.

The Defendant,
Lauren E. Hanley, M.D.
By Her Attorneys,

_____
Ellen Epstein Cohen, BBO # 543136
Jennifer Boyd Herlihy, BBO # 636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street Street, 10th Floor
Boston, MA  02110
(617) 423-6674

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 2/13/06.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA and ELVIN LARA )<br>Individually and as Parents and Best Friends )<br>of BABY (boy) JOSE ANGEL LARA       )<br>              Plaintiffs,       )<br>                     )<br>V.       )<br>                     )<br>PATRICIA GRABAUSKAS, C.N.M.,       )<br>OLGA CORDERO, R.N.,       )<br>EAST BOSTON NEIGHBORHOOD       )<br>HEALTH CENTER,       )<br>LAUREN E. HANLEY, M.D.,       )<br>ERIN E. TRACY, M.D., and       )<br>RONALD E. IVERSON, M.D.       )<br>              Defendants.       )<br>                     ) | Civil Action No. 05-11043-RGS |

To the Clerk of this Court and All Parties of Record:

      Please enter our appearance as counsel in this case for the defendant, Patricia Grabauskas, C.N.M.

                                      The Defendant,
                                      Patricia Grabauskas,
                                      By Her Attorneys,

                                      Ellen Epstein Cohen, BBO # 543136
                                      Jennifer Boyd Herlihy, BBO # 636815
                                      Adler, Cohen, Harvey, Wakeman
                                        & Guekguezian, LLP
                                        75 Federal Street, 10th Floor
                                        Boston, MA 02110
                                        (617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/mail on 2/10/06.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA and ELVIN LARA )<br>Individually and as Parents and Best Friends )<br>of BABY (boy) JOSE ANGEL LARA   )<br>             Plaintiffs,          )<br>                                   )<br>V.                                 )<br>                                   )<br>PATRICIA GRABAUSKAS, C.N.M.,       )<br>OLGA CORDERO, R.N.,                )<br>EAST BOSTON NEIGHBORHOOD           )<br>HEALTH CENTER,                     )<br>LAUREN E. HANLEY, M.D.,            )<br>ERIN E. TRACY, M.D., and           )<br>RONALD E. IVERSON, M.D.            )<br>             Defendants.          )<br>                                   ) | Civil Action No. 05-11043-RGS<br><br>CERTIFICATE OF SERVICE<br>I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____ |

To the Clerk of this Court and All Parties of Record:

　　Please enter our appearance as counsel in this case for the defendant, Ronald E. Iverson, M.D.

　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　Ronald E. Iverson, M.D.
　　　　　　　　　　　　　　　　By His Attorneys,


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Ellen Epstein Cohen, BBO # 543136
　　　　　　　　　　　　　　　　Jennifer Boyd Herlihy, BBO # 636815
　　　　　　　　　　　　　　　　Adler, Cohen, Harvey, Wakeman
　　　　　　　　　　　　　　　　 & Guekguezian, LLP
　　　　　　　　　　　　　　　　75 Federal Street, 10th Floor
　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　(617) 423-6674