IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
ANNE MARIE LARA and ELVIN LARA Individually and  )
as Parents and Best Friends of BABY (boy)   )
JOSE ANGEL LARA                             )
                                            )
            Plaintiffs                      )
                                            )
    v.                                      )
                                            )   CIVIL ACTION
PATRICIA GRABAUSKAS, C.N.M..,               )      NO.
OLGA CORDERO, R.N.                          )   05-11043-RGS
EAST BOSTON NEIGHBORHOOD HEALTH CENTER      )
LAUREN E. HANLEY, M.D.                      )
ERIN E. TRACY, M.D., and                    )
RONALD E. IVERSON, M.D.                     )
                                            )
                                            )
            Defendants                      )
_____ )

**PLAINTIFFS' MOTION TO SUBSTITUTE DESIGNATION OF PLAINTIFF AND
FILE FIRST AMENDED COMPLAINT (ASSENTED TO)**

Now come the Plaintiffs in this matter, through counsel, and respectfully request that this Court ALLOW Plaintiffs to substitute the identification and designation of Plaintiff in this case, and to file a conforming First Amended Complaint.

If allowed, the current identification of the Plaintiff would be deleted, and the substituted Plaintiff would be identified as follows:

(1) Anne Marie Lara, as Administratrix of the Estate of Jose Angel Lara, as appointed by Suffolk Probate and Family Court docket number 05P0091-AD1, said appointment becoming effective as of March 9, 2005.

In support of this Motion, Plaintiff states the following:

(1) The Complaint involves allegations of medical malpractice by the several defendants during their care, treatment and management of the pregnancy of Anne Marie Lara. As a result of the negligence of Defendants, the said Anne Marie Lara delivered a stillborn Jose Angel Lara on May 28, 2003.

(2) The initial Complaint was duly filed on November 3, 2004. At the time of filing, the Plaintiffs were identified as: Anna Marie Lara and Elvin Lara, individually and as parents and best friends of Baby (boy) Jose Angel Lara.

(3) Following the filing of the Complaint and service upon the defendants, Plaintiffs duly moved to have the said Anne Marie Lara appointed as the Administratrix of the estate of the said deceased child, Jose Angel Lara.

(4) On March 9, 2005, the said Anne Marie Lara was duly appointed as the Administratrix of the Estate of Jose Angel Lara, in accordance with a decree entered in Suffolk Probate and Family Court docket number 05P0091-AD1.

(5) As this is a case involving the wrongful death of the said deceased minor child, the appropriate plaintiff to bring the several causes of action is: Anne Marie Lara, Administratrix of the Estate of Jose Angel Lara, in accordance

with the decree of Suffolk Probate and Family Court docket number 05P0091-AD1.

(6) If this Motion is allowed, then the initial Complaint filed on November 3, 2004 will be amended in order to reflect the correct designation of the Plaintiff empowered to bring the wrongful death action (this will be the conforming First Amended Complaint referenced earlier).

(a) Within the said amended complaint, the designation of the Plaintiff at paragraph 1 will be changed in order to reflect the designation of Anna Marie Lara as the duly appointed Administratrix of the Estate of the deceased minor child.

(b) Then, the identification of the Plaintiff in each of the twelve counts will be changed to reflect the designation of Anne Marie Lara as the duly appointed Administratrix of the Estate if the said deceased minor child.  At the same time the identification of the injured person will be changed from Plaintiff to Anne Marie Lara (or Mrs. Lara).

(c) Then, the "Wherefore" section (in which relief is requested) in each of the twelve counts will also be amended in order to reflect the change of designation of the Plaintiff duly authorized to bring the wrongful death action.

(d) Finally, the signature block at the end of the amended Complaint will be amended accordingly.

(7) Other than minor editing to ensure separation between Anne Marie Lara as Administratrix, and Anne Marie Lara as the patient to whom care was provided, the original Complaint remains unchanged and unmodified, and is hereby ratified and confirmed in all other respects.

(8) A true and correct copy of the proposed "First Amended Complaint", which Plaintiff is requesting be allowed, is attached hereto and designated as Exhibit A.

Respectfully submitted this 22nd day of February, 2006 under the pains of perjury.

        For the Plaintiffs
        By their attorneys,
        **GOROVITZ & BORTEN**

        By: /s/Max Borten, M.D., J.D.
        Max Borten, M.D., J.D.
        c/o Gorovitz & Borten, P.C.
        395 Totten Pond Road
        Suite 401
        Waltham, MA 02451-2013
        Tel: (781) 890-9095
        Fax: (781) 890-9098

**ASSENT**

The foregoing: "Plaintiffs' Motion To Substitute Designation Of Plaintiff And File Amended Complaint" is hereby assented to by the undersigned.

For Defendants: Olga Cordero, R.N.
And East Boston Neighborhood Health Center

By /s/Rayford A. Farquhar/
Rayford A. Farquhar, Assistant U.S. Attorney
C/o Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Tele: 617-748-3100 (ext. 3284)

For Defendants: Lauren E. Hanley, M.D.,
Erin E. Tracy, M.D., Ronald E. Iverson, M.D., and,
Patricia Grabauskas, C.N.M.

By /s/Jennifer Boyd Herlihy/
Jennifer Boyd Herlihy, Esq.
C/o Adler, Cohen, Harvey, et al
75 Federal Street
Boston, MA 02110
Tele: 617-423-6674