UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ANNE MARIE LARA and ELVIN LARA       )
Individually and as Parents and Best Friends )
of BABY (boy) JOSE ANGEL LARA        )        Civil Action No. 05-11043-RGS
        Plaintiffs,        )
                            )
V.                                   )
                                     )
PATRICIA GRABAUSKAS, C.N.M.,         )
OLGA CORDERO, R.N.,                  )
EAST BOSTON NEIGHBORHOOD             )
HEALTH CENTER,                       )
LAUREN E. HANLEY, M.D.,              )
ERIN E. TRACY, M.D., and             )
RONALD E. IVERSON, M.D.              )
        Defendants.        )
_____)

To the Clerk of this Court and All Parties of Record:

    Please enter my appearance as counsel in this case for the defendant, Patricia Grabauskas, C.N.M.

                      The Defendant,
                      Patricia Grabauskas,
                      By Her Attorneys,

                      /s/ Ellen Epstein Cohen
                      Ellen Epstein Cohen, BBO # 543136
                      Adler, Cohen, Harvey, Wakeman
                       & Guekguezian, LLP
                      75 Federal Street, 10th Floor
                      Boston, MA  02110
                      (617) 423-6674

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
ANNE MARIE LARA and ELVIN LARA    )
Individually and as Parents and Best Friends )
of BABY (boy) JOSE ANGEL LARA     )     Civil Action No. 05-11043-RGS
              Plaintiffs,         )
                                  )
V.                                )
                                  )
PATRICIA GRABAUSKAS, C.N.M.,      )
OLGA CORDERO, R.N.,               )
EAST BOSTON NEIGHBORHOOD          )
HEALTH CENTER,                    )
LAUREN E. HANLEY, M.D.,           )
ERIN E. TRACY, M.D., and          )
RONALD E. IVERSON, M.D.           )
              Defendants.         )
_____ )
```

To the Clerk of this Court and All Parties of Record:

    Please enter my appearance as counsel in this case for the defendant, Lauren E. Hanley, M.D.

                          The Defendant,
                          Lauren E. Hanley, M.D.
                          By Her Attorneys,

                          /s/ Ellen Epstein Cohen
                          Ellen Epstein Cohen, BBO # 543136
                          Adler, Cohen, Harvey, Wakeman
                          &amp; Guekguezian, LLP
                          75 Federal Street Street, 10th Floor
                          Boston, MA  02110
                          (617) 423-6674

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ANNE MARIE LARA and ELVIN LARA  )
Individually and as Parents and Best Friends )
of BABY (boy) JOSE ANGEL LARA        )        Civil Action No. 05-11043-RGS
         Plaintiffs,            )
                                                              )
V.                                                          )
                                                              )
PATRICIA GRABAUSKAS, C.N.M.,     )
OLGA CORDERO, R.N.,                       )
EAST BOSTON NEIGHBORHOOD  )
HEALTH CENTER,                                )
LAUREN E. HANLEY, M.D.,              )
ERIN E. TRACY, M.D., and                 )
RONALD E. IVERSON, M.D.              )
         Defendants.         )
_____)

To the Clerk of this Court and All Parties of Record:

      Please enter my appearance as counsel in this case for the defendant, Erin E. Tracy, M.D.

                                  The Defendant,
                                  Erin E. Tracy, M.D.
                                  By Her Attorneys,

                                  /s/ Ellen Epstein Cohen
                                  Ellen Epstein Cohen, BBO # 543136
                                  Adler, Cohen, Harvey, Wakeman
                                   & Guekguezian, LLP
                                  75 Federal Street, 10th Floor
                                  Boston, MA  02110
                                  (617) 423-6674

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ANNE MARIE LARA and ELVIN LARA   )
Individually and as Parents and Best Friends )
of BABY (boy) JOSE ANGEL LARA   )   Civil Action No. 05-11043-RGS
              Plaintiffs,   )
                                          )
V.   )
                                          )
PATRICIA GRABAUSKAS, C.N.M.,   )
OLGA CORDERO, R.N.,   )
EAST BOSTON NEIGHBORHOOD   )
HEALTH CENTER,   )
LAUREN E. HANLEY, M.D.,   )
ERIN E. TRACY, M.D., and   )
RONALD E. IVERSON, M.D.   )
              Defendants.   )
_____)

To the Clerk of this Court and All Parties of Record:

     Please enter my appearance as counsel in this case for the defendant, Ronald E. Iverson, M.D.

                                               The Defendant,
                                               Ronald E. Iverson, M.D.
                                               By His Attorneys,

                                             /s/ Ellen Epstein Cohen
                                             Ellen Epstein Cohen, BBO # 543136
                                             Adler, Cohen, Harvey, Wakeman
                                             &amp; Guekguezian, LLP
                                             75 Federal Street, 10th Floor
                                             Boston, MA  02110
                                             (617) 423-6674