*Notify*

29

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO: 2004-4802-H

05 11043 RGS

*[stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2007 SEP 26 P 3:11 FILED IN CLERKS OFFICE]*

Anne Marie Lara as Administratrix
    PLAINTIFF

v.

Patricia Grabauskas CNM et al.
    DEFENDANT

ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HRARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET 05-11043-RGS

BY THE COURT, Neel, J.

*[signature]*
ASST. CLERK

DATED: September 25, 2007

*notice sent 9/25/07*
*G+B — M.B. + SG*
*ACHW+G LLP - EEC + JLBH*
*MM LLP - T.AW.*
*R.A.F.*
*pc*
*1216*