IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA and ELVIN LARA Individually and as Parents and Best Friends of BABY (boy) JOSE ANGEL LARA<br><br>Plaintiffs<br><br>v.<br><br>PATRICIA GRABAUSKAS, C.N.M..,<br>OLGA CORDERO, R.N.<br>EAST BOSTON NEIGHBORHOOD HEALTH CENTER<br>LAUREN E. HANLEY, M.D.<br>ERIN E. TRACY, M.D., and<br>RONALD E. IVERSON, M.D.<br><br>Defendants | CIVIL ACTION<br>NO.<br>05-11043-RGS |

**CERTIFICATION PURSUANT TO LOCAL RULES 16.1 AND 16.4**

Pursuant to Local Rules 16.1 and 16.4 the Plaintiffs, by and through their counsel, have conferred about the cost of the full course of this litigation, and given appropriate consideration to the resolution of the litigation by use of alternative dispute resolution programs.

Respectfully submitted this 15th day of October, 2007 under the pains of perjury.

        For the Plaintiffs
        By their attorneys,
        **GOROVITZ & BORTEN**


        By: /s/ Sidney Gorovitz
        Sidney Gorovitz, Esquire
        Max Borten, M.D., J.D.
        c/o Gorovitz & Borten, P.C.
        395 Totten Pond Road, Suite 401
        Waltham, MA 02451-2013
        Tel: (781) 890-9095
        Fax: (781) 890-9098


I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 15, 2007.


/s/ Sidney Gorovitz
_____