IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ANNE MARIE LARA and ELVIN LARA Individually and ) 
as Parents and Best Friends of BABY (boy) )
JOSE ANGEL LARA )
                  Plaintiffs )
                v. )   CIVIL ACTION
PATRICIA GRABAUSKAS, C.N.M.., )   NO.
OLGA CORDERO, R.N. )   05-11043-RGS
EAST BOSTON NEIGHBORHOOD HEALTH CENTER )
LAUREN E. HANLEY, M.D. )
ERIN E. TRACY, M.D., and )
RONALD E. IVERSON, M.D. )
                  Defendants )
_____)

**INITIAL DISCLOSURES BY THE PLAINTIFFS,
PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2**

Now come the Plaintiffs in this matter, by and through their attorney, and respectfully provide the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2:

**(A) WITNESSES**

It is believed that the following individuals may have discoverable information relevant to this matter:

   (1)  Plaintiff, Anne Marie Lara;
   (2)  Plaintiff, Elvin Lara;

(3) Defendant, Patricia Grabauskas, C.N.M.;

(4) Defendant, Olga Cordero, R.N.;

(5) Defendant, Lauren E. Hanley, M.D.;

(6) Defendant, Erin E. Tracy, M.D.;

(7) Defendant, Ronald E. Iverson, M.D.;

(8) Other treating physicians and medical providers who provided medical care and treatment to Plaintiff, Anne Marie Lara, during the course of her prenatal care, labor and delivery, as referenced in the medical records;

(9) Any witnesses listed by the Defendants in their automatic disclosure, or any document identified thereafter.

## (B) DOCUMENTS

The following documents may be relevant to this matter:

(a) All of the medical records, of any type or description, regarding the prenatal care provided to Anne Marie Lara, as well as the medical records of her labor and delivery.
   At the present time, these documents would be located at:
   a. East Boston Neighborhood Health Center, 10 Gove Street, East Boston, MA 02128 (Defendant);
   b. Massachusetts General Hospital, 55 Fruit Street, Boston, MA 02114;

A complete copy of all of the documents (medical records) which are in the possession, custody or control of the Plaintiffs has been forwarded under separate cover this day to counsel of record for the Defendants.

## (C) COMPUTATION OF DAMAGES

The Plaintiff's allege that the Defendants, and each of them, were responsible for the wrongful death of the minor child, Jose Angel Lara, at approximately 38 weeks of gestation. The claims allege negligence and gross negligence against each of the

Defendants. The beneficiaries of the Estate of the minor child, Jose Angel Lara, include his mother (Anne Marie Lara); his father (Elvin Lara); and his brother, a minor (Elvin Lara, Jr.).

The specific categories of damages are those as set forth in the Massachusetts Wrongful Death Statute. There are no out of pocket costs or expenses which are being claimed as part of the damages.

### (D) INSURANCE AGREEMENT

This category of initial disclosure is not applicable to the Plaintiffs.

Respectfully submitted this 15th day of October, 2007 under the pains of perjury.

> For the Plaintiffs
> By their attorneys,
> **GOROVITZ & BORTEN**
>
> By: /s/ Sidney Gorovitz
> Sidney Gorovitz, Esquire
> Max Borten, M.D., J.D.
> c/o Gorovitz & Borten, P.C.
> 395 Totten Pond Road, Suite 401
> Waltham, MA 02451-2013
> Tel: (781) 890-9095
> Fax: (781) 890-9098

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 15, 2007.


/s/ Sidney Gorovitz
_____