UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MARIE LARA as Administratrix of ) <br> the Estate of JOSE ANGEL LARA ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> PATRICIA GRABAUSKAS, C.N.M., ) <br> OLGA CORDERO, R.N., ) <br> EAST BOSTON NEIGHBORHOOD ) <br> HEALTH CENTER, ) <br> LAUREN E. HANLEY, M.D., ) <br> ERIN E. TRACY, M.D., and ) <br> RONALD E. IVERSON, M.D. ) <br> Defendants. ) | Civil Action No. 05-11043-RGS |

**INITIAL DISCLOSURES OF THE DEFENDANTS,
PATRICIA GRABAUSKAS-CARUSO, C.N.M., LAUREN E. HANLEY, M.D.,
ERIN E. TRACY, M.D., AND RONALD E. IVERSON, M.D.,
PURSUANT TO FED. R. CIV. P. 26(a)(1) and LOCAL RULE 26.2**

The defendants, Patricia Grabauskas-Caruso, C.N.M., Lauren E. Hanley, M.D., Erin E. Tracy, M.D., and Ronald E. Iverson, M.D., by and through their attorneys, respectfully provide the following initial disclosures pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2:

I. **WITNESSES:**

It is believed that the following individuals who are not planned to be called solely for impeachment may have discoverable information relevant to this matter:

- Anne Marie Lara
- Anne Marie Lara's husband
- All named defendants
- The plaintiff's other treating physicians and medical providers as listed in the medical records (including any medical providers who performed Autopsy (if any) or related proceedings)
- Any witness listed by the plaintiff in their Automatic Disclosure or any document

**DOCUMENTS**

The following documents may be relevant to this matter:

➢ The medical records, film studies and pathology of the plaintiff, including any Autopsy materials (if any).

The defendants have no knowledge of any other documents that are responsive to the disclosure requirements of Fed. R. Civ. P. 26(a)(1) at this time.

## IV.   INSURANCE

Each of the defendants is covered through a policy of insurance through Risk Management Foundation in the amount of $5M/$10M.

The Defendants,
Patricia Grabauskas-Caruso, C.N.M.,
Lauren E. Hanley, M.D.,
Erin E. Tracy, M.D., and
Ronald E. Iverson, M.D.,
By Their Attorneys,

Ellen Epstein Cohen, BBO # 543136
Jennifer Boyd Herlihy, BBO # 636815
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)