IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
**ANNE MARIE LARA as Administratrix of the**        )
**Estate of JOSE ANGEL LARA**                       )
                                                    )
                Plaintiffs )
                                                    )
      v.                                   )
                                                    )   **CIVIL ACTION**
**PATRICIA GRABAUSKAS, C.N.M..,**                   )   **NO.**
**OLGA CORDERO, R.N.,**                             )   **05-11043-RGS**
**EAST BOSTON NEIGHBORHOOD HEALTH CENTER,**         )
**LAUREN E. HANLEY, M.D.**                          )
**ERIN E. TRACY, M.D., and**                        )
**RONALD E. IVERSON, M.D.**                         )
                                                    )
                                                    )
                Defendants )
_____ )

**JOINT STATEMENT OF THE PARTIES PURSUANT TO SCHEDULING
CONFERENCE IN ACCORDANCE WITH LOCAL RULE 16.1
AND F. R. CIV. P. 16(b)**

Now come the parties in this litigation, through counsel, and set forth the following as their Joint Statement pursuant to the Notice of Scheduling Conference for Tuesday, December 11th, 2007 at 2:00 p.m.

The parties agree as follows:

(1) **DISCOVERY** – Discovery shall include Requests for Production of Documents, Interrogatories, and Depositions.  At the present time the parties anticipate that depositions of: Anne Marie Lara; Patricia Grabauskas, C.N.M.; Olga Cordero, R.N.; Lauren E. Hanley, M.D.; Erin E. Tracy, M.D.; Ronald E. Iverson, M.D.; the Rule 30(b)(6) representative of the East Boston

    Neighborhood Health Center and the expert witnesses of each party will be noticed and taken.  The parties, through counsel, feel comfortable that discovery can be implemented and completed as follows:

    a. All Request For Production of Documents and Interrogatories served by February 29, 2008;

    b. All Depositions completed by January 30, 2009;

    c. Expert disclosure dates: by Plaintiff, February 27, 2009; by Defendant, March 27, 2009;

    d. All expert depositions completed by: May 29, 2009 with the depositions of Plaintiff's experts being taken first, followed by the depositions of Defendants' experts, provided availability permits this scheduling.

(2) **MOTIONS** – The parties agree that all motions to dismiss and motions for summary judgment (if any) should be filed by July 29, 2009.

(3) **ALTERNATIVE DISPUTE RESOLUTION** – The parties have conferred on the possibility of resolving this litigation through mediation, either through the Federal Court Alternative Dispute Resolution program or privately.  The parties agree that if there is a consensus for the use of mediation it will be explored.  If mediation is not acceptable or successful, the case will be tried by a jury.

Respectfully submitted this 7th day of December, 2007.

    For the Plaintiffs,
    By their Attorney,

    By: /s/ Sidney Gorovitz
    Sidney Gorovitz, Esquire
    Max Borten, M.D., J.D.
    Gorovitz & Borten, P.C.
    395 Totten Pond Road, Suite 401
    Waltham, MA 02451
    Tele: 781-890-9095
    Fax: 781-890-9098

For the Defendants,
Patricia Grabauskas, CNM;
Lauren E. Hanley, M.D.;
Erin E. Tracy, M.D.;
Ronald E. Iverson, M.D.;
By their Attorneys,


By: /s/ Jennifer Boyd Herlihy
Jennifer Boyd Herlihy, Esq.
C/o Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110
Tele: 617-423-6674
Fax: 617-423-7152


For the Defendants,
Olga Cordero, R.N.;
East Boston Neighborhood Health Center,
By their Attorneys,


By: /s/ Rayford Farquhar
Attorney Rayford Farquhar,
Assistant United States Attorney
C/o Department of Justice
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
Tele: 617-748-3100
Fax: 617-748-3967

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 7, 2007.

/s/ Sidney Gorovitz