UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANNE MARIE LARA as Administratrix of | ) | |
| the Estate of JOSE ANGEL LARA | ) | Civil Action No. 05-11043-RGS |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| PATRICIA GRABAUSKAS, C.N.M., | ) | |
| OLGA CORDERO, R.N., | ) | **ORDER** |
| EAST BOSTON NEIGHBORHOOD | ) | |
| HEALTH CENTER, UNITED STATES OF AMERICA | | |
| LAUREN E. HANLEY, M.D., | ) | |
| ERIN E. TRACY, M.D., and | ) | |
| RONALD E. IVERSON, M.D. | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the provisions of General Laws, (Ter. Ed.) Chapter 111, Section 70, Massachusetts General Hospital is ordered to furnish to Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, attorneys of record for the defendants, Patricia Grabauskas-Caruso, C.N.M., Lauren E. Hanley, M.D., Erin E. Tracy, M.D., and Ronald E. Iverson, M.D., on payment of a reasonable fee, all pathology slides, paraffin blocks and other pathology materials, and reports concerning the plaintiff, Anne Marie Lara including but not limited to the attached pathology report Accession # S03T29320, from anytime through the present, except that said copy of the office record shall not contain any reference to or any history of the nature and treatment of any disease the records of which are required to be kept under the provisions of General Laws, Chapter 111, Section 119, as amended, and declared thereby not to be public records. Nor shall said copy contain any records kept pursuant to G.L. c. 112, § 135A, G.L. c. 233, §20B and G.L. c. 111, § 70F.

By the Court,

*12-11-07.*
Dated

Richard D. Stearns
Justice of the District Court



Partners HealthCare System, Inc.
MASSACHUSETTS GENERAL HOSPITAL
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, Massachusetts 02114

# PATHOLOGY

From 11/01/2002 through 06/30/2003

LARA, ANNE MARIE M
MRN: 3525715 _____     Sex: F     DOB: 4/5/1971     Age: 33y

5/28/2003               Surgical Pathology        Accession # S03T29320   Final

Pathology Report: S03-T2932-0
    OPERATION DATE:     28 MAY 03     ACCESSIONED ON: 28 MAY 03 at 12:53
    CLINICAL DATA:
    G2 P1
    Maternal age: 32
    LMP: 7/19/02
    Gestational age: 38.4 weeks
    History: borderline gestational diabetes mellitus, intrauterine
    fetal demise.  Positive GBS and history of UTI during pregnancy

    ================================================================
                        *** FINAL DIAGNOSIS ***
    PLACENTA:
        MATURE PLACENTA (430g, APPROXIMATELY 20TH %TILE FOR 38 WEEKS
        GESTATIONAL AGE).
        MARGINAL INSERTION OF UMBILICAL CORD.
        VILLOUS EVIDENCE OF INTRAUTERINE FETAL DEMISE.
        ACUTE VILLOUS EDEMA.
        NORMOBLASTEMIA.
        HEMATOPHAGOCYTOSIS, SEE NOTE.

    NOTE: This is an unusual feature in which circulating histiocytes
    contain other blood cells in their cytoplasm. This has been
    associated with some viral infections and herited
    immunodeficiencies. More sections of the placenta will be examined
    and reported in an addendum.
                    Diagnosis by:  DRUCILLA ROBERTS, MD
                    Signed On: 02 JUN 03 at 15:30

    ================================================================

            *** ADDITIONAL SLIDES/BLOCKS RECEIVED Addendum ***
    Additional sections of placental parenchyma did not reveal any new
    diagnoses but confirmed the presence of hematophagocytosis, yet
    only focally present.
                    Added by:  DRUCILLA ROBERTS, MD
                    Signed On:  04 JUN 03 at 11:53

    GROSS DESCRIPTION:
    The specimen was received fresh in one part labeled with the
    patient's name, unit number, and "placenta" and consists of a
    singleton placenta.

    Gross findings include:

        Cord insertion: eccentric, 0.5 cm from nearest margin

        Cord length: 28 cm

        Number of vessels: 3

        Other cord findings: the cord has a dusky red-brown
    discoloration

        Membrane insertion: 100% marginal

001516



Partners HealthCare System, Inc.
MASSACHUSETTS GENERAL HOSPITAL
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, Massachusetts 02114

PATHOLOGY (cont) from 11/01/2002 through 06/30/2003

**LARA, ANNE MARIE M**
MRN: 3525715                           Sex: F      DOB: 4/5/1971    Age: 33y

Membrane rupture site: _____ cm

Membrane color: tan-pink to yellow and semiopaque

Other membrane findings: None

Disk weight (trimmed): 430 grams, which is the 20th percentile
for gestational age of 38 weeks

Disk measurements: 18 x 14 x 3 cm

Fetal surface findings: gray-blue to yellow, dusky but clear

Maternal surface findings: intact

Parenchymal findings: tan-pink and spongy with no gross
lesions

Gross Summary: A singleton term placenta weighing 430g with
discolored membranes (430g, 20th percentile for gestational age of
38 weeks). Please note cultures are taken.

Section code:
A: Proximal, distal cords and membrane roll.
B-C: Full thickness parenchyma.
                    Gross Description by: SHANNON SCHUTZ
                    Resident: RESIDENT-FREE SERVICE (DRU)

================================================================

SOURCE CARE UNIT:    MGH-INPATIENT (FLR.UNKNOWN)
REPORTS TO:          Patricia Grabauskas, CNM
                     Ronald Edward Iverson Jr., M.D.

        PART : PLACENTA

001517